UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                                     **DECISION AND ORDER**
          v.                                                     19-CR-191-A

JAMES ARTHUR MOREY,
                        Defendant.

───────────────────────────────

      The defendant, James Arthur Morey, is charged in an Indictment with one count of possessing images of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and §§ 2252A(b)(2).  The case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

      On February 19, 2021, the Magistrate Judge filed a Report and Recommendation (Dkt. No. 53) that recommends that defendant Morey's motion to suppress evidence, including his statement, (Dkt. No. 19) be denied.  No objections to the Report and Recommendation were filed, and the Report and Recommendation was therefore deemed submitted.

      Upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the Report and Recommendation, it is

2

**ORDERED** that defendant Morey's motion to suppress evidence (Dkt. No. 19) is denied for the reasons stated in the Report and Recommendation (Dkt. No. 53).

**IT IS SO ORDERED.**

                          *s/Richard J. Arcara*
                      HONORABLE RICHARD J. ARCARA
                      UNITED STATES DISTRICT COURT

Dated:  April 6, 2021